ELYEA *v.* ELYEA.

ATKINSON, Presiding Justice. The exception is to a judgment refusing a new trial on motion complaining of a verdict finding permanent alimony for the plaintiff and her two minor daughters. The sole assignment of error is on the general grounds. The evidence was sufficient to support the verdict, and the judge did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 14034. MAY 27, 1942.

*Spence & Spence,* for plaintiff in error.
*George & John L. Westmoreland,* contra.